**FORM 8.** Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Polar Electro Oy       v.   Amer Sports Winter & Outdoor Company

No. 15-01930

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se     ✓ As counsel for:   Amer Sports Winter & Outdoor Company
                                    Name of party

I am, or the party I represent is (select one):

___ Petitioner   ___ Respondent   ___ Amicus curiae   ___ Cross Appellant

___ Appellant   ✓ Appellee   ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant     ___ Respondent or appellee

My address and telephone are:

Name: Jeffery A. Key
Law firm: Key & Associates
Address: 321 N. Clark Street, Ste. 500
City, State and ZIP: Chicago, IL 60654
Telephone: 312-560-2148
Fax #: 312-957-1236
E-mail address: jakey@key-and-associates.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 21, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes     ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Sept. 29, 2015                               _____/s/ Jeffery A. Key_____
      Date                                    Signature of pro se or counsel

cc: John Moran

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Appearance of Counsel was duly served through the Court's ECF system.

September 29, 2015                    /s/ Jeffery A. Key            .
                                      Jeffery A. Key

                                      One of the Attorneys for Appellee
                                      Amer Sports Winter & Outdoor Company